**UNITED STATES BANKRUPTCY COURT**
District of Nebraska
460 Federal Building
100 Centennial Mall North
Lincoln, NE 68508

In Re: Dana M Hunter
Debtor(s)

Bankruptcy Proceedings No. 08-42197-TJM
Adversary Proceedings No. 08-04093-TJM

Chapter 13

Dana M Hunter
Plaintiff(s)

v.

State of Oregon Employment Department
Defendant(s)

## ORDER GRANTING MOTION TO SET ASIDE JUDGMENT

   Order Granting Motion to Set Aside Judgment Filed by Plaintiff Dana M Hunter (Related Doc # [15]). The pleading was duly filed, served and noticed pursuant to local rules. The motion is granted. The judgment entered at filing #5 against Defendant, State of Oregon Employment Department in the amount of $2500.00 is vacated, set aside and held for naught. The clerk shall notify the clerk of the district court that the judgment recorded as 4:09mc3005 has been vacated. No timely resistance/objection was filed.

   Dated: 6/17/09

BY THE COURT:

/s/Timothy J. Mahoney
Bankruptcy Judge

Copies mailed or electronically sent by the court to all parties in interest.